**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Attorneys for Defendant, Hassan Tatanaki

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :    Chapter 11 Case
In re:                                                       :    No. 08-22581(ASH)
                                                             :
EOS AIRLINES, INC.,                                          :
                                                             :
                              Debtor.                        :
------------------------------------------------------------x
EOS AIRLINES, INC.                                           :
                                                             :    Adv. Pro. No. 08-08406 (ASH)
                              Plaintiff,                     :
                                                             :
         -against-                                           :
                                                             :
NATIONAL CITY BANK OF MIDWEST                                :
HASSAN TATANAKI,                                             :
FREEMARKET GLOBAL, LTD.                                      :
ERIKA VILLALBA, and JOHN DOE                                 :
                                                             :
                              Defendants.                    :
------------------------------------------------------------x

## NOTICE OF APPEAL

Hassan Tatanaki, defendant in the above-captioned Adversary Proceeding, hereby appeals pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Order of Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, dated and entered on January 28, 2009, which Order granted *Debtor's Motion to Dismiss Counterclaims of Hassan Tatanaki and Motion for Partial Judgment on the Pleadings*.

{10491571:1}

The names of the parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Attn: Charles E. Simpson, Esq.
*Counsel for Hassan Tatanaki*

**SQUIRES, SANDERS & DEMPSEY, LLP**
41 South High Street, Suite 2000
Columbus, Ohio 43215
(614) 365-2707
Attn: Nicholas J. Brannick, Esq.
*Counsel for EOS Airlines, Inc.*

**COHEN TAUBER SPIEVACK & WAGNER, LLP**
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
*Counsel for the Official Committee of Unsecured Creditors*

Dated: New York, New York
February 5, 2009

**WINDELS MARK LANE & MITTENDORF, LLP**

By: **/s/ Charles E. Simpson**
   **Charles E. Simpson (CES-2130)**
   **A Member of the Firm**

156 West 56th Street
New York, New York 10019
(212) 237-1000

Attorneys for Hassan Tatanaki

{10491571:1}