UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

EOS AIRLINES, INC.,

                     Reorganized Debtor.:

---

EOS AIRLINES, INC.,

                     Plaintiff,

v.

NATIONAL CITY BANK OF THE MIDWEST:
HASSAN TATANAKI
FREEMARKET GLOBAL, LTD.
ERIKA VILLALBA and
JOHN DOE

                     Defendants.
---------------------------------------------------------X

CHAPTER 11

CASE NO. 08-22581 (RDD)

Adv. Proc. No. 08-08406 (ASH)

**Appeal Docket No. 09-cv-03597-CS-LMS**

## STIPULATION AND ORDER DISMISSING APPEAL

RECITALS:

    A.    On February 5, 2009, Defendant – Appellant Hassan Tatanaki ("Appellant") commenced an appeal (the "Appeal") from an Order, dated January 28, 2009 by filing a notice of appeal, dated February 5, 2009.

    B.    Appellant and Plaintiff – Appellee have settled and compromised the above-captioned adversary proceeding.

    C.    The Appeal was docketed on April 8, 2009.

    D.    By Stipulation and Order signed on April 21, 2009 (Bankruptcy Adversary Docket No. 38), the Bankruptcy Court approved the settlement and compromise.

1

{00063893.DOC; 1}

NOW THEREFORE, in mutual consideration of the foregoing, the signatories hereto stipulate and agree, as follows:

1. The Appeal be, and the same hereby is, dismissed with prejudice pursuant to Rule 8001(c)(1) of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
May 20, 2009

*Cathy Seibel*
United States District Judge

Consented to:

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

By: _____
Joseph M. Vann
Robert A. Boghosian
Ira R. Abel
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 586-5800
Fax (212) 586-5095

*Counsel for the Trustee of the Eos Liquidating Trust*

Consented to:

**WINDELS MARX LANE & MITTENDORF, LLP**

By: _____
Charles E. Simpson Esq.
Derek Etheridge Esq.

156 West 56th Street
New York, NY 10019
Telephone: 212-237-1000
Facsimile: 212-262-1215

*Counsel for Hassan Tatanaki*

2

{00053893.DOC; 1}

# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Ira R. Abel

direct: 212-381-8725
e-mail: iabel@ctswlaw.com

# FACSIMILE

| To: | Honorable Cathy Seibel, United States District Judge | From: | Ira R. Abel Esq. |
|---|---|---|---|
| Fax: | 914 390 4278 | Pages: | 3 pages (including cover sheet) |
| Phone: | 914-390-4271 | Date: | May 19, 2009 |
| Re: | Stipulation Dismissing Bankruptcy Appeal: Appeal Docket No. 09-cv-03597-CS-LMS | CTSW: | 1429 |
| CC: | Derek Etheridge Esq. | Email | detheridge@windelsmarx.com |
| CC: | Charles E. Simpson Esq. | Email | csimpson@windelsmarx.com |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Judge Seibel:

On May 18, 2009, your law clerk, Alicia, granted me permission to fax the accompanying stipulation to your Honor's attention. Opposing counsel have received copies of this fax cover and the accompanying stipulation, and in any event have consented to the relief sought.

The stipulation dismisses with prejudice the appeal taken by the defendant in the underlying adversary proceeding before the Bankruptcy Court. Because the dismissal is of an appeal from the Bankruptcy Court, Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure applies, rather than Rule 41(a)(1)(A)(i) or (ii) of the Federal Rules of Civil Procedure. An order of the Court is therefore required.

Respectfully yours,

Ira Abel

The information contained in this electronic transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to destroy this transmission and all copies in any form. Thank you in advance for your cooperation.

420 Lexington Avenue | New York, New York 10170 | Phone: 212.586.5800 | Fax: 212.586.5095 | www.ctswlaw.com

{00053910.DOC; 1}